AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Coogler, Lawrence S | Northern District of Alabama | 05/01/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 786 Hugo L. Black Courthouse<br>1729 5th Ave. North<br>Birmingham, AL 35203 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | American Christian Academy |
| 2. Director | ███████ Homeowner's Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | State of Alabama, Retirement Systems - Retirement Account - I have no control over this account. |
| 2. 1999 | State of Alabama, Retirement Systems - Deferred Compensation Account - I have no control over this account. |
| 3. | |

RECEIVED 2006 MAY 17 A 10:54

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S | 05/01/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | ███████████ P.C. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S | 05/01/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of Tuscaloosa | Real Estate Mortgage (C&C Rental)(33rd) | K |
| 2. Bank of Tuscaloosa | Real Estate Mortgage ( Rental)(Spbrk) | J |
| 3. Compass Bank | Real Estate Mortgage ( Rental)(Captn) | J |
| 4. Southtrust Mortgage/Principal Financial Mortgage | Real Estate Mortgage (Rental) (Hhills) | L |
| 5. ████████ | Loan for purchase of Stock in ████████P.C. | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ASO Common Stock (Personal) | A | div. | J | T | | | | | |
| 2. AURA Common Stock (Personal) | | None | J | T | | | | | |
| 3. SNV Common Stock (Personal) | A | div. | J | T | | | | | |
| 4. RF Common Stock (personal) | A | div. | J | T | | | | | |
| 5. Rental Property No. 1, Tuscaloosa, AL (___) Spbr | D | Rent | L | W | | | | | |
| 6. Rental Property No. 2, Tuscaloosa, AL (___) HH | D | Rent | M | W | | | | | |
| 7. Rental Property No. 3, Tuscaloosa, AL (___) Cap | D | Rent | L | W | | | | | |
| 8. Coogler, Copeland & Dorroh Jnt. Venture 1/3 | D | Rent | L | W | Sell | 08/11 | L | F | Hardin & Hughes LLC |
| 9. Coogler & Copeland, Jnt. Venture RE(CK) 1/2 | D | Rent | K | W | Sell | 06/30 | K | E | Chuck Jay |
| 10. Coogler & Copeland, Jnt. Venture (33 ave) 1/2 | D | Rent | K | W | | | | | |
| 11. Checking Account #1 Bank of Tuscaloosa | | None | J | T | | | | | |
| 12. Checking Account #2 Bank of Tuscaloosa | | None | J | T | | | | | |
| 13. Savings Account - Compass Bank | A | Interest | L | T | | | | | |
| 14. Checking Account - Wachovia (Formerly Southtrust Bank) | | None | J | T | | | | | |
| 15. Money Market Account #1 - Bank of Tuscaloosa | A | Interest | K | T | | | | | |
| 16. TD Waterhouse Bank Money Market Account (___) | A | Interest | J | T | | | | | |
| 17. TD Waterhouse Bank Money Market Account ▊▊ | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TD Waterhouse Bank Money Market Account ▉ | A | Interest | J | T | | | | | |
| 19. TD Waterhouse Bank Money Market Account ▉ | A | Interest | J | T | | | | | |
| 20. Checking Account- Life Insurance Trust - Bank of Tuscaloosa | | None | J | T | | | | | |
| 21. ASO Common Stock ▉ | A | Dividend | J | T | | | | | |
| 22. WB Common Stock ▉ (Merger- Formerly SOTR) | A | Dividend | J | T | | | | | |
| 23. SNV Common Stock ▉ | A | Dividend | J | T | | | | | |
| 24. AURA Common Stock ▉ | | None | J | T | | | | | |
| 25. ASO Common Stock ▉ | A | Dividend | J | T | | | | | |
| 26. WB Common Stock (▉ Merger - Formerly SOTR) | A | Dividend | J | T | | | | | |
| 27. SNV Common Stock ▉ | A | Dividend | J | T | | | | | |
| 28. ASO Common Stock ▉ | A | Dividend | J | T | | | | | |
| 29. WB Common Stock ▉ (Merger - formerly SOTR) | A | Dividend | J | T | | | | | |
| 30. SNV Common Stock ▉ | A | Dividend | J | T | | | | | |
| 31. Real Estate Rental, Sherwood East, Ltd. 1/12 | | None | J | U | | | | | |
| 32. IRA ▉ - American Funds New Perspective Fund CLA | | None | J | T | | | | | |
| 33. 401K - Principal Financial Group ▉ | | None | J | T | | | | | |
| 34. 401K - UBS Paine Webber ▉ (Note: See Section VIII) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Prepaid College Tuition Plan, State of Alabama | | None | J | W | | | | | |
| 36. Prepaid College Tuition Plan, State of Alabama | | None | J | W | | | | | |
| 37. Prepaid College Tuition Plan, State of Alabama | | None | J | W | | | | | |
| 38. Deferred Compensation Account - State of Alabama RSA-1 | | None | K | T | | | | | |
| 39. Real Estate, IHOP, LLC., Tuscaloosa, AL 40% | D | K-1 | L | U | | | | | |
| 40. Money Market Account #3, Bank of Tuscaloosa | A | Interest | J | T | | | | | |
| 41. Money Market Account #4, Bank of Tuscaloosa | A | Interest | J | T | | | | | |
| 42. Money Market Account #5, Bank of Tuscaloosa | A | Interest | J | T | | | | | |
| 43. Savings Account - BFE Federal Credit Union | A | Interest | J | T | | | | | |
| 44. Retirement Systems - State of Alabama | A | Interest | K | T | | | | | |
| 45. ANSR Common Stock (Personal) | | None | J | T | | | | | |
| 46. Rental Property No. 4 -Tuscaloosa, AL | A | Rent | M | R | Buy | 08/29 | M | | Gore & Spivey Builders |
| 47. ████████ P.C. - See Sec VIII | F | | K | U | Buy | 1/1 | K | | ████████ |
| 48. Checking Account Wachovia | | None | J | T | Open | 2005 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S | 05/01/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note:

The prepaid tuition plans are state plans that I have no control over. They are valued at their cost.

The incomes listed for the LLC's and the Ltd are K-1 incomes. The values for these assets are stated at our ownership percentage.

The Retirement Account listed as the last Investment in Section VII constitutes the funds that are available to me due to my payments into my State of Alabama Retirement. When I resigned from the State of Alabama, those funds became available to me. I have chosen to leave those funds with the State of Alabama Retirement Systems and draw interest on those funds. Before I resigned, the retirement account was an obligation of the State of Alabama Retirement Systems to pay a percentage of my salary once I reached retirement age.

In re Line 34 of Section VII, UBS Paine Webber is now managing the 401K. It replaced Regions Retirement Services as the Plan manager.

In re Line 45 of Section VII, I inadvertently failed to list my shares of ANSR in past reports. I purchased these shares through several transactions from 4/17/2000 through 9/24/2001. ANSR is publicly traded. Each of the purchases occurred prior to my first Financial Disclosure Report.

In re Line 47 of Section VII, the income reported consists of K-1 income, as well as Director fees paid to the ███ of the reporting person.

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S | 05/01/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _____ 5-1-06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544